■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL McNAB, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Judgment unanimously affirmed (see *People ex rel.*

*Barnes v Smith,* 70 AD2d 764). (Appeal from judgment of Wyoming Supreme Court—habeas corpus.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.